## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:                                              CASE NO. 06-30229-PNS3
                                                    CHAPTER 13
ROBERT CLAY, JR.
AUREA GONZALES CLAY

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: ARMED FORCES BANK, N.A. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 376106 in the amount of 35.99 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                          _____
                             OFFICE OF THE CHAPTER 13 TRUSTEE
                             POST OFFICE BOX 646
                             TALLAHASSEE, FL 32302
                             ldhecf@earthlink.net
                             (850) 681-2734 "Telephone"
                             (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
ROBERT CLAY, JR.              ARMED FORCES BANK, N.A.
AUREA GONZALES CLAY           DICKENSON FINANCIAL CORP.
P.O. BOX 758                  1100 MAIN, SUITE 350
BAYPINE, FL  33744            KANSAS CITY, MO 64105

AND

RICHARD H. POWELL, ESQ
POWELL & ASSOCIATES, P.A.
P.O. DRAWER 2167
FT. WALTON BEACH, FL 32549
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                          _____
8/31/2009  1:26 pm / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
```